```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
Assistant United States Attorney

        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7200
        FAX: (415) 436-7234
        Eric.Cheng@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-257-4 SI |
| Plaintiff, | |
| v. | AMENDED PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| (4) MAURICE FRIERA, | |
| Defendant. | |

TO:     The Honorable Jacqueline Scott Corley, United States Magistrate Judge for the Northern District of California

Assistant United States Attorney Eric Cheng respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner Maurice Friera, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

The prisoner, Maurice Friera, is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner prays that the Court issue the Writ as presented.

Dated: April 14, 2021

Respectfully Submitted,

STEPHANIE M. HINDS
Acting United States Attorney

_____/s/_____
Eric Cheng
Assistant United States Attorney

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 19-CR-257-4 SI

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Eric.Cheng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 19-CR-257-4 SI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] AMENDED ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| (4) MAURICE FRIERA, | ) | |
| Defendant. | ) | |

    Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant Maurice Friera, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED:   April 16, 2021

                                      Hon. Jacqueline Scott Corley
                                      United States Magistrate Judge

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DONALD M. O'KEEFE, United States Marshal for the Northern District of California; and the Sheriff, Jailor, Warden, or other Official of the San Mateo County Sheriff's Office and/or San Mateo County Jail; and/or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of Maurice Friera, who is in the custody of San Mateo County Sheriff's Office and/or San Mateo County Jail, to appear before the Honorable Jacqueline Scott Corley, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate, 11th Floor, San Francisco, California 94102, on **Thursday, April 22, 2021**, to appear at **10:30 a.m.**, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release Maurice Friera from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: April 16, 2021

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 19-CR-257-4 SI